PER CURIAM.
Affirmed. See Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Teal v. State, 862 So.2d 871 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Schneider v. State, 788 So.2d 1073 (Fla. 2d DCA 2001); Greenlee v. State, 591 So.2d 310 (Fla. 2d DCA 1991); Ives v. State, 993 So.2d 117 (Fla. 4th DCA 2008); Clayton v. State, 904 So.2d 660 (Fla. 5th DCA 2005); Reed v. State, 880 So.2d 1269 (Fla. 3d DCA 2004); Sampson v. State, 832 So.2d 251 (Fla. 5th DCA 2002); LaMar v. State, 823 So.2d 231 (Fla. 4th DCA 2002); Martell v. State, 676 So.2d 1030 (Fla. 3d DCA 1996).
DAVIS, C.J., and CRENSHAW and BLACK, JJ., Concur.